UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ZACHARY M GUILLIAMS                               CIVIL ACTION NO. 24-cv-1635

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

TWINS LOGISTICS EXPRESS, LLC ET AL                MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

This case was removed based on an assertion of diversity jurisdiction. The defendants filed a Diversity Jurisdiction Disclosure Statement, but they will need to file an amended statement by **February 3, 2025** to address the issues discussed below.

Twins Logistics Express, LLC is a limited liability company, so its citizenship depends on that of its members. Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). Twins states that the Texas Secretary of State lists its sole member as Michel Gomez Rente with a listed domicile address in Texas. A secretary of state's list of members may or may not be accurate as of the relevant time, which for removal purposes is the date the state court action was filed and the date of removal. Twins Logistics will need to expressly identify its member(s) as of those relevant dates and then allege their citizenship in accordance with applicable rules.

Defendant Renny Alvarado is alleged to be a "resident" of Texas, but it is domicile rather than mere residency that is relevant for citizenship purposes. Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019). Mr. Alvarado will

need to allege the state in which he was domiciled and thus a citizen of at the relevant times.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 21st day of January, 2025.

Mark L. Hornsby
U.S. Magistrate Judge